```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
RAFAEL RODRIGUEZ, :
 :
                          Plaintiff, :    1:22-cv-1397-GHW
 :
        -v - :     <u>ORDER</u>
 :
COMMISSIONER OF SOCIAL SECURITY, :
 :
                        Defendant. :
 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied without prejudice because Plaintiff's application to proceed *in forma pauperis*, Dkt. No. 3, is incomplete.

SO ORDERED.

Dated: February 22, 2022

                                                                           GREGORY H. WOODS
                                                                    United States District Judge