```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                         :

RAFAEL RODRIGUEZ,                   :

                         :

             Plaintiff,     :                1:22-cv-1397-GHW

                         :

          -v -                 :                    ORDER

                         :

COMMISSIONER OF SOCIAL SECURITY,     :

                         :

             Defendant.    :

                         :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On February 22, 2022, the Court denied without prejudice Plaintiff's request for leave to proceed in this Court without prepayment of fees because Plaintiff's application to proceed *in forma pauperis*, Dkt. No. 3, was incomplete.  Dkt. No. 6.  Plaintiff is directed to either pay the filing fee or file a renewed application to proceed *in forma pauperis* no later than April 5, 2022.  If the Plaintiff does not pay the filing fee or file a renewed application by that date, the Court will dismiss this case.

      SO ORDERED.

Dated:  March 30, 2022
        New York, New York

                                  _____
                                   GREGORY H. WOODS
                                United States District Judge