**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAFAEL RODRIGUEZ,

                Plaintiff,                22 **CIVIL** 1397 (SLC)

    -v-                                  **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 18, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including affording Plaintiff the opportunity for a new hearing, and issuing a new decision. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings.

**Dated:** New York, New York
         November 18, 2022

                                                     **RUBY J. KRAJICK**

                                                       _____
                                                           **Clerk of Court**
                          **BY:**         *K. Mango*
                                                          _____
                                                           **Deputy Clerk**